IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN GABE GADDY, II,

    Plaintiff,

v.                                                                         CASE NO. 1:05-cv-00160-MP-MD

ALACHUA COUNTY SHERIFF'S OFFICE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that the Plaintiff's case be dismissed for failure to comply with orders of the Court and to prosecute his case. The time for filing objections has passed and none have been filed. Previously, the Plaintiff failed to respond to the orders at doc. 18 and 20. Thus, the Court agrees with the Magistrate Judge that dismissal is appropriate. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *24th* day of October, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge